UNITED STATES of America,
Plaintiff—Appellee,

v.

**Miguel VERDUSCO, Defendant—Appellant.**

No. 04–10699.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 16, 2005.

Before: WALLACE, LEAVY and BERZON, Circuit Judges.

MEMORANDUM **

Miguel Verdusco appeals the 160–month sentence imposed following his guilty-plea

conviction for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846.

Verdusco contends that because he was sentenced under mandatory Sentencing Guidelines we should remand for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc). However, we conclude that Verdusco is bound by the terms of his plea agreement and decline to vitiate the terms of his bargained-for exchange with the government. *See United States v. Cortez–Arias,* 403 F.3d 1111, 1114 n. 8 (9th Cir. 2005), *amended by* 425 F.3d 547, 548 (stating that "a favorable change in the law does not entitle a defendant to renege on a knowing and voluntary guilty plea" and that an "express and generally unrestricted waiver of appeal rights forecloses . . . objections . . . pursuant to *Booker* or *Ameline"*).

DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.